IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER W. DATCHER,

      Plaintiff,                      No. CIV S-07-0255 MCE EFB P

      vs.

F. GARRETT, et al.,

      Defendants.             ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed *in forma pauperis* on the form used by this district. Accordingly, plaintiff's application is dismissed without prejudice. Plaintiff will be provided the opportunity to submit a new application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff's February 8, 2007 application to proceed in forma pauperis is dismissed without prejudice;

1

1        2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
2 Forma Pauperis By a Prisoner; and
3        3.  Plaintiff shall submit, within thirty days from the date of this order, a completed
4 application to proceed in forma pauperis.  Plaintiff's failure to comply with this order will result
5 in a recommendation that this action be dismissed without prejudice.
6 DATED:  April 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2